USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
:
FIDELITY BROKERAGE SERVICES LLC,         :
:
Plaintiff,       :
:     10 Civ. 5893(BSJ)
v.                   :
:          Order
:
MARSHALL CARO, WALTER REQUET,            :
INDII.COM USE LLC, and BILL ROTHFARB,    :
:
Defendants.      :
----------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

In lieu of a personal appearance, the Court will conduct a telephonic hearing regarding all of the issues in this case on September 21, 2010 at 11:15 a.m.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         September 11, 2010