UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALL CARO, WALTER RAQUET,<br>INDII.COM USE LLC, AND BILL ROTHFARB,<br><br>Defendants. | 10 CIV 5893 (BSJ)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

MICHAEL D. HOENIG, being duly sworn, deposes and says:

1. I am over eighteen years old, am not a party to this action and reside in New York County, New York.

2. On September 8, 2010, I served true copies of the Order to Show Cause for Preliminary Injunction, Temporary Restraining Order, and Related Relief signed by Judge Barbara S. Jones on September 8, 2010, the affidavit of Michael G. Shannon in support of the Order to Show Cause, the Memorandum of Law in support of the Order to Show Cause, and the Complaint for Interpleader by emailing copies thereof to Donna Drumm, Esq. and Evan Rothfarb, Esq., and by placing true copies of the same in securely sealed envelopes and mailing them by Fed Ex Priority Overnight to:

> Donna Drumm, Esq.
> One North Broadway, Suite 512
> White Plains, New York 10601

Walter Raquet
215 Via Del Mar
Palm Beach, Florida 33480

and

Evan Rothfarb, Esq.
11 Broadway, Suite 615
New York, NY 10004
*Attorney for Bill Rothfarb*

_____
Michael D. Hoenig

Sworn to before me this
14th day of September, 2010.

_____
Notary Public

Doreen Pando
Notary Public, State of New York
No. 01PA5083699
Qualified in New York County
Commission Expires August 18, 20_13_

194959.1

2