AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  10 CIV 5893 (Judge Jones)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MARSHALL CARO
was received by me on *(date)*  09/14/2010 .

☑ I personally served the summons on the individual at *(place)*  47 Angelus Drive, Greenwich, CT 06831, the address of which is a residence.  on *(date)*  09/15/2010  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  09/15/2010

*Server's signature*  [signed: Alan E Jones]

Alan Jones    Process Server
*Printed name and title*

Agent for:   Court Support Inc..
181 Hillside Ave.
Williston Park, NY 11596
*Server's address*

Additional information regarding attempted service, etc: