AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10 CIV 5893 (Judge Jones)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  INDII.COM USE LLC
was received by me on *(date)*  09/14/2010

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  WALTER F. RAQUET as AGENT, who is designated by law to accept service of process on behalf of *(name of organization)*  INDII.COM USE LLC at 40 Signal Rd., Stamford, CT 06902 on *(date)*  09/15/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 09/15/2010

*Server's signature*

Alan Jones / Process Server
*Printed name and title*

Agent for: Court Support Inc..
181 Hillside Ave.
Williston Park, NY 11596
*Server's address*

Additional information regarding attempted service, etc: