## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 10 CIV 5893

Plaintiff:
**FIDELITY BROKERAGE SERVICES, LLC**
vs.
Defendant:
**MARSHALL CARO, ET AL.,**

Received these papers to be served on **WALTER RAQUET, 215 VIA DEL MAR, PALM BEACH, FL 33480**. I, Elizabeth Bockmeyer, being duly sworn, depose and say that on the 9TH day of September, 2010 at 9:50 a.m., executed service by delivering a true copy of the **Summons in a Civil Action and Complaint** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) POSTED SERVICE: After attempting service on 9/3/10 at 1:30 am/(pm) and on 9/8/10 at 7:15 am/(pm) to a conspicuous place on the property described herein.

( ) 1ST CLASS MAIL: completed service by depositing a copy of the said documents in a postpaid properly addressed envelope bearing the words "Personal & Confidential" on __/__/__ in an official depository of the U.S.P.S in the State of _____.

Military Status: ( ) Yes or (X) No   If yes, what branch?

**COMMENTS:** _____

Age ____ Sex M F  Race ____ Height ____ Weight ____ Hair ____ Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the 17th day of September, 2010 by the affiant who is personally known to me.

_Marilyn T. Hannan_
Notary public
NOTARY PUBLIC-STATE OF FLORIDA
Marilyn T. Hannan
Commission # DD956455
Expires: JAN. 27, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

STATE OF FLORIDA, COUNTY OF Palm Beach

PROCESS SERVER # 1156
Appointed in accordance with State Statutes

Our Job Serial Number: 2020092842

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 10 CIV 5893

Plaintiff:
**FIDELITY BROKERAGE SERVICES, LLC**

vs.

Defendant:
**MARSHALL CARO, ET AL.,**

Received these papers to be served on **WALTER RAQUET, 215 VIA DEL MAR, PALM BEACH, FL 33480**.

I, Lorre Dunne, being duly sworn, depose and say that on the **14th day of September, 2010 at 9:05 am, I:**

Mailed a true copy of Summons in a Civil Action and Complaint in a postpaid properly addressed envelope bearing the words "Personal Confidential" by First Class Mail on 9/14/2010 in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Subscribed and sworn to before me on the 15th day of September, 2010 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830, Qualified in Bronx County
Commission Expires 09/13/2012

Lorre Dunne
Process Server

Our Job Serial Number: CSU-2020092945
Ref: 029367.00044