Sheldon Eisenberger (SE-2021)
The Law Office of Sheldon Eisenberger
*Attorneys for Defendants Marshall Caro and Indii.com USE, LLC*
30 Broad Street, 27th Floor
New York, New York 10004
(212) 422-3843

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK_____

|  |  |  |
|---|---|---|
| FIDELITY BROKERAGE SERVICES LLC, | : | |
| | : | Case No. 10-CV-5893 (BSJ) |
| Plaintiff, | : | |
| | : | **RULE 7.1 STATEMENT** |
| -against- | : | |
| | : | |
| MARSHALL CARO, WALTER RAQUET, | : | |
| INDII.COM USE, LLC and BILL ROTHFARB, | : | |
| | : | |
| Defendants. | : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Indii.com USE, LLC ("Indii") (a private non-governmental party) certifies that there are no corporate parents or affiliates of that party which are publicly held, except the below

listed parties are strategic members of Indii and are or may be publicly held companies:

| Strategic Member | Ownership Interest | | Profits Interest |
|---|---|---|---|
| Bank of America | 2.0% | | 2.0% |
| Bear Stearns | 2.0% | | 2.0% |
| Citibank | 2.0% | | 3.0% |
| Credit Suisse First Boston | 2.0% | | 2.0% |
| Deutsche Bank | 2.0% | | 1.0% |
| Goldman Sachs | 2.0% | | 3.0% |
| J.P. Morgan | 2.0% | | 2.0% |
| Knight | 2.0% | | 2.0% |
| Lehman Brothers | 2.0% | | 2.5% |
| Merrill Lynch | 2.0% | | 3.0% |
| Morgan Stanley | 2.0% | | 3.0% |
| Prudential | 2.0% | | 2.0% |
| RBC | 0.5% | | 1.0% |
| UBS | 2.0% | | 2.5% |
| | 26.5% | Profits Pool | 31.0% |

Dated: New York, New York
October 4, 2010

THE LAW OFFICE OF SHELDON EISENBERGER
*Attorneys for Defendants Marshall Caro and Indii.com USE, LLC*

By:    /s/ Sheldon Eisenberger
Sheldon Eisenberger (SE – 2021)
30 Broad Street, 27th Floor
New York, New York 10004
(212) 422-3843

TO:    All Counsel (via ECF)