UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Fidelity Brokerage Services LLC Plaintiff,

1:10 C 05893 (BSJ)

-against-

Marshall Caro, et al. Defendant.
------------------------------------------------------ X

NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Michael P. Kaelin

[X] Attorney

    [X] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: MK6625 ; My State Bar Number is: 1982552

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] Law Firm/Government Agency Association

    From: Gregory and Adams, P.C.

    To: Cummings & Lockwood LLC

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

[X] Address: Six Landmark Square
Stamford, CT 06901

[X] Telephone No.: (203) 351-4106

[X] Fax No.: (203) 708-3805

[X] E-Mail Address: mkaelin@cl-law.com

Dated: 10/5/10

ATTORNEY'S SIGNATURE