# Exhibit D

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 12, 2010.

---

Selected Entity Name: PRUDENTIAL CAPITAL CORP.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | PRUDENTIAL CAPITAL CORP. |
| **Initial DOS Filing Date:** | NOVEMBER 21, 1949 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

PRUDENTIAL CAPITAL CORP.
60 E. 42ND ST.
NEW YORK, NEW YORK, 10165

**Registered Agent**

NONE

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate of
incorporation, however this information is not
recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 2000 | No Par Value | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| NOV 21, 1949 | Actual | PRUDENTIAL CAPITAL CORP. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results  New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 12, 2010.

---

Selected Entity Name: DEUTSCHE BANK TRUST CORPORATION
Selected Entity Status Information

**Current Entity Name:** DEUTSCHE BANK TRUST CORPORATION
**Initial DOS Filing Date:** MAY 12, 1965
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Chairman or Chief Executive Officer**
SETH H. WAUGH
60 WALL ST
NEW YORK, NEW YORK, 10005

**Principal Executive Office**
DEUTSCHE BANK TRUST CORPORATION
60 WALL ST NYC60-4006
NEW YORK, NEW YORK, 10005

**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be

10/13/2010 8:14 AM

listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by <u>viewing the certificate.</u>

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | Par Value | 1 |
| 190100 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| APR 15, 2002 | Actual | DEUTSCHE BANK TRUST CORPORATION |
| APR 23, 1998 | Actual | BANKERS TRUST CORPORATION |
| SEP 15, 1967 | Actual | BANKERS TRUST NEW YORK CORPORATION |
| MAY 12, 1965 | Actual | BT NEW YORK CORPORATION |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

<u>Search Results</u>   <u>New Search</u>

<u>Services/Programs</u>  |  <u>Privacy Policy</u>  |  <u>Accessibility Policy</u>  |  <u>Disclaimer</u>  |  <u>Return to DOS Homepage</u>  |  <u>Contact Us</u>

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 12, 2010.

---

Selected Entity Name: UBS CAPITAL INVESTORS INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | UBS CAPITAL INVESTORS INC. |
| **Initial DOS Filing Date:** | FEBRUARY 04, 1994 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Chairman or Chief Executive Officer**
FRANCESCA BARNES
100 LIVERPOOL ST
LONDON EC2M2RH, UNITED KINGDOM, 00000

**Principal Executive Office**
UBS CAPITAL INVESTORS INC.
299 PARK AVE
NEW YORK, NEW YORK, 10171

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be

listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 100 | Par Value | .01 |

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| FEB 04, 1994 | Actual | UBS CAPITAL INVESTORS INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 12, 2010.

---

Selected Entity Name: BEAR STEARNS CAPITAL MARKETS INC.

Selected Entity Status Information

**Current Entity Name:** BEAR STEARNS CAPITAL MARKETS INC.

**Initial DOS Filing Date:** OCTOBER 20, 1989

**County:** NEW YORK

**Jurisdiction:** DELAWARE

**Entity Type:** FOREIGN BUSINESS CORPORATION

**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

CT CORPORATION SYSTEM
111 8TH AVE 13TH FL
NEW YORK, NEW YORK, 10011

**Chairman or Chief Executive Officer**

KATHLEEN ZACK
270 PARK AVENUE
NEW YORK, NEW YORK, 10017

**Principal Executive Office**

BEAR STEARNS CAPITAL MARKETS INC.
383 MADISON AVE
NEW YORK, NEW YORK, 10179

**Registered Agent**

C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be

listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate of
incorporation, however this information is not
recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| OCT 20, 1989 | Actual | BEAR STEARNS CAPITAL MARKETS INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York
State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS
Homepage  |  Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 12, 2010.

---

Selected Entity Name: MORGAN STANLEY & CO. INCORPORATED
Selected Entity Status Information

|  |  |
|---|---|
| **Current Entity Name:** | MORGAN STANLEY & CO. INCORPORATED |
| **Initial DOS Filing Date:** | JUNE 02, 1970 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CT CORPORATION SYSTEM
111 EIGHTH STREET
NEW YORK, NEW YORK, 10011

**Chairman or Chief Executive Officer**
RUTH PORAT
1585 BROADWAY
NEW YORK, NEW YORK, 10036

**Principal Executive Office**
MORGAN STANLEY
1585 BROADWAY
NEW YORK, NEW YORK, 10036

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers,

directors, and shareholders in the initial certificate of
incorporation, however this information is not
recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUN 02, 1970 | Actual | MORGAN STANLEY & CO. INCORPORATED |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York
State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS
Homepage   |   Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 12, 2010.

Selected Entity Name: MERRILL LYNCH CAPITAL CORPORATION
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | MERRILL LYNCH CAPITAL CORPORATION |
| **Initial DOS Filing Date:** | SEPTEMBER 27, 1983 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
MERRILL LYNCH CAPITAL CORPORATION
4 WORLD FINANCIAL CTR 23RD FLR
NEW YORK, NEW YORK, 10080

**Chairman or Chief Executive Officer**
JACK L MANN
4 WORLD FINANCIAL CTR
NEW YORK, NEW YORK, 10080

**Principal Executive Office**
MERRILL LYNCH CAPITAL CORPORATION
4 WORLD FINANCIAL CTR 23RD FLR
NEW YORK, NEW YORK, 10080

**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be

listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| OCT 11, 1994 | Actual | MERRILL LYNCH CAPITAL CORPORATION |
| SEP 27, 1983 | Actual | MERRILL LYNCH INTERFUNDING INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through October 12, 2010.

Selected Entity Name: RBC CAPITAL MARKETS CORPORATION
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | RBC CAPITAL MARKETS CORPORATION |
| **Initial DOS Filing Date:** | MAY 04, 1998 |
| **County:** | NEW YORK |
| **Jurisdiction:** | MINNESOTA |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Chairman or Chief Executive Officer**
JOHN G. TAFT
60 SOUTH SIXTH STREET
MINNEAPOLIS, MINNESOTA, 55402

**Principal Executive Office**
RBC CAPITAL MARKETS CORPORATION
ONE LIBERTY PLAZA
165 BROADWAY
NEW YORK, NEW YORK, 10006

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the

chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate of
incorporation, however this information is not
recorded and only available by <u>viewing the certificate.</u>

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| FEB 29, 2008 | Actual | RBC CAPITAL MARKETS CORPORATION |
| NOV 02, 2001 | Actual | RBC DAIN RAUSCHER INC. |
| MAY 04, 1998 | Actual | DAIN RAUSCHER INCORPORATED |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York
State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

<u>Search Results</u>   <u>New Search</u>

<u>Services/Programs</u>   |   <u>Privacy Policy</u>   |   <u>Accessibility Policy</u>   |   <u>Disclaimer</u>   |   <u>Return to DOS
Homepage</u>   |   <u>Contact Us</u>

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 12, 2010.

---

Selected Entity Name: GOLDMAN SACHS RISK BROKERS, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | GOLDMAN SACHS RISK BROKERS, INC. |
| **Initial DOS Filing Date:** | JANUARY 10, 2002 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O GOLDMAN, SACHS & CO
ATTN: NORM FEIT
ONE NEW YORK PLAZA / 37TH FLR
NEW YORK, NEW YORK, 10004

**Chairman or Chief Executive Officer**
NICHOLAS VON MOLTKE
200 WEST STREET
NEW YORK, NEW YORK, 10282

**Principal Executive Office**
GOLDMAN SACHS RISK BROKERS, INC.
200 WEST STREET
NEW YORK, NEW YORK, 10282

**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the

chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate of
incorporation, however this information is not
recorded and only available by <u>viewing the certificate.</u>

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 10, 2002 | Actual | GOLDMAN SACHS RISK BROKERS, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York
State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

<u>Search Results</u>  <u>New Search</u>

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 12, 2010.

Selected Entity Name: CREDIT SUISSE (USA), INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | CREDIT SUISSE (USA), INC. |
| **Initial DOS Filing Date:** | NOVEMBER 06, 1959 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207

**Chairman or Chief Executive Officer**
ROBERT S. SHAFIR
11 MADISON AVENUE
NEW YORK, NEW YORK, 10010

**Principal Executive Office**
CREDIT SUISSE (USA), INC.
ATTN: TAX DEPARTMENT
11 MADISON AVENUE
NEW YORK, NEW YORK, 10010

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the

chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate of
incorporation, however this information is not
recorded and only available by <u>viewing the certificate.</u>

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 17, 2006 | Actual | CREDIT SUISSE (USA), INC. |
| NOV 08, 2000 | Actual | CREDIT SUISSE FIRST BOSTON (USA), INC. |
| NOV 06, 1959 | Actual | DONALDSON, LUFKIN & JENRETTE, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York
State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

<u>Search Results</u>   <u>New Search</u>

<u>Services/Programs</u>   |   <u>Privacy Policy</u>   |   <u>Accessibility Policy</u>   |   <u>Disclaimer</u>   |   <u>Return to DOS</u>
<u>Homepage</u>   |   <u>Contact Us</u>

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 12, 2010.

Selected Entity Name: LEHMAN BROTHERS INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | LEHMAN BROTHERS INC. |
| **Initial DOS Filing Date:** | JANUARY 27, 1965 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O THE PRENTICE-HALL CORPORATION SYSTEM, INC.
80 STATE STREET
ALBANY, NEW YORK, 12207

**Principal Executive Office**
LEHMAN BROTHERS INC.
100 WALL ST 17TH FLR
NEW YORK, NEW YORK, 10005

**Registered Agent**
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
80 STATE STREET
ALBANY, NEW YORK, 12207

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate of
incorporation, however this information is not
recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

No Information Available

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| AUG 03, 1993 | Actual | LEHMAN BROTHERS INC. |
| AUG 07, 1990 | Actual | SHEARSON LEHMAN BROTHERS INC. |
| FEB 01, 1988 | Actual | SHEARSON LEHMAN HUTTON INC. |
| MAR 26, 1985 | Actual | SHEARSON LEHMAN BROTHERS INC. |
| MAY 18, 1984 | Actual | SHEARSON LEHMAN/AMERICAN EXPRESS INC. |
| OCT 06, 1981 | Actual | SHEARSON/AMERICAN EXPRESS INC. |
| MAR 05, 1980 | Actual | SHEARSON LOEB RHOADES INC. |
| OCT 09, 1974 | Actual | SHEARSON HAYDEN STONE INC. |
| OCT 17, 1972 | Actual | HAYDEN STONE INC. |
| SEP 17, 1970 | Actual | CBWL-HAYDEN, STONE INC. |
| MAR 24, 1969 | Actual | COGAN, BERLIND, WEILL & LEVITT, INC. |
| JAN 27, 1965 | Actual | CARTER, BERLIND & WEILL, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us