```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
FIDELITY BROKERAGE SERVICES LLC,    :
                                    :
              Plaintiff,            :
                                    :   10 Civ. 5893(BSJ)
         v.                         :
                                    :
                                    :       Order
MARSHALL CARO, WALTER REQUET,       :
INDII.COM USE LLC, and BILL ROTHFARB,:
                                    :
              Defendants.           :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

In order to clarify the Court's directions to the parties, all actions involving the parties, including the one before this Court, are stayed pending a decision on the issue of jurisdiction. The parties are directed to do no more than complete briefing regarding Marshall Caro's and Indii.com Use LLC's motion to dismiss the interpleader complaint.

SO ORDERED:

                                    _____
                                    BARBARA S. JONES
                                    UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 22, 2010