USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDELITY BROKERAGE SERVICE LLC,

                Plaintiff,

- against -

MARSHALL CARO, et al.,

                Defendants.

**ORDER**

10 Civ. 5893 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

This action has been referred to Magistrate Judge Ronald L. Ellis for SETTLEMENT.

**A CONFERENCE WILL BE HELD IN THIS CASE BY THE JUDGE ON NOVEMBER 16, 2010, AT 2:30 P.M. IN COURTROOM 18D, 500 PEARL STREET.** Counsel for Defendants Marshall Caro and Bill Rothfarb must be present. Parties are responsible for confirming with each other that all necessary participants are aware of this conference.

Unless excused by the Court, Defendants Marshall Caro and Bill Rothfarb, together with counsel, must appear in person for the conference. If a party is not prepared to go forward with settlement discussions, written notice to the Court is required prior to the conference.

No adjournment will be considered unless made **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 29th day of October 2010**
New York, New York

*(signature)*

The Honorable Ronald L. Ellis
United States Magistrate Judge