UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC<br><br>      Plaintiff,<br><br>  v.<br><br>MARSHALL CARO,<br>WALTER RAQUET,<br>INDII.COM USE, LLC, and<br>BILL ROTHFARB<br><br>      Defendants. | Docket No.: 10-CIV-5893(BSJ)<br>    ECF Case<br><br><br><br><br><br>**ORAL ARGUMENT<br>REQUESTED** |

**NOTICE OF MOTION FOR RECONSIDERATION
OF THE COURT'S ORDER STAYING ALL PROCEEDINGS**

  PLEASE TAKE NOTICE that defendant Bill Rothfarb, by his counsel Rothfarb Law, PLLC, hereby moves this court, before the Honorable Barbara S. Jones, U.S. District Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 14C, New York, NY 10007, for reconsideration of the Court's October 22, 2010 order pursuant to Local Civil Rule 6.3 of the Local Rules of the United States District Court for the Eastern and Southern Districts of New York.

  PLEASE TAKE FURTHER NOTICE that in support of this motion, Mr. Rothfarb relies upon the accompanying Memorandum of Law in Support of the Motion for Reconsideration of the Court's Order Staying All Proceedings with attached exhibits and the proposed Order.

Dated:  New York, NY
        November 5, 2010

                                        Respectfully submitted,

                                        By: _____
                                            Evan S. Rothfarb (ER-9227)
                                        ROTHFARB LAW, PLLC
                                        11 Broadway, Suite 615
                                        New York, NY 10004
                                        (212) 480-1010
                                        evan.rothfarb@rothfarblaw.com
                                        *Attorneys for Defendant Bill Rothfarb*