**MARK F. KATZ, ESQ.**
**LAW OFFICES OF MARK F. KATZ**
**196 NORTH STREET**
**P.O. BOX 3548**
**STAMFORD, CT 06905**

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Peter Rydel, Esq. <br> John Meerbergen, Esq. | Mark F. Katz |
| COMPANY: | DATE: |
|  | February 25, 2010 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 1-203-752-5001 <br> 203-661-1197 | 3 |
| RE: | YOUR REFERENCE NUMBER: |
| The Estate of Elizabeth Anne Caro |  |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

MARK F. KATZ, ESQ., LAW OFFICE OF MARK F. KATZ, 196 NORTH STREET, P.O BOX 3548, STAMFORD, CT 06905, PH:203-357-9252, FAX:203-358-8127

1

LAW OFFICES

# MARK F. KATZ

196 NORTH STREET
P.O. BOX 3548
STAMFORD, CONNECTICUT 06905-0548

---

203-357-9252
FAX: 203-358-8127

February 25, 2010

<u>**VIA FACSIMILE: 203-964-1830**</u>
The Honorable Gerald Fox Jr.
Stamford Probate Court
888 Washington Blvd
Stamford, CT 06901

    Re: <u>The Estate of Elizabeth Anne Caro</u>

Dear Judge Fox:

    Enclosed please find Marshall Caro's sworn financial affidavit.

                                    Sincerely yours,

                                    Mark F. Katz

MFK: jjk
enclosure
cc: Peter Rydel, Esq.
John Meerbergen

| Financial Affidavit of Marshall Caro | | | | |
|---|---|---|---|---|
| Assets | | | Asset Values | Liabilities |
| | Brokerage Assets | Quantity | | |
| | FIDELITY CT MUNICIPAL MONEY MKT | 4409.91 | | |
| | IDEARC INC COM DELAWARE NO STOCKHOLDER EQUITY 12/31/2009 | 22 | | |
| | CH ENERGY GROUP INC (Margin) | 66 | | |
| | COMCAST CORP NEW CL A (Margin) | 51 | | |
| | CONSOLIDATED EDISON HLDG CO INC | 66 | | |
| | FIDELITY CASH RESERVES | 2336.18 | | |
| | JOHN HANCOCK REGIONAL BANK CL A | 153 | | |
| | FAIRPOINT COMMUNICATIONS INC | 8 | | |
| | FIDELITY SELECT MONEY MARKET | 9427.9 | | |
| | FIDELITY SELECT MONEY MARKET (Margin) | 10290.37 | | |
| | GREAT PLAINS ENERGY INC (Margin) | 300 | | |
| | JPMORGAN CHASE & CO (Margin) | 96 | | |
| | CORTS TR BELLSOUTH CAP FDG DEBS CORP BKD TR SECS 7.12% | 266 | | |
| | NORDIC AMERICAN TANKER SHIPPING USD0.01 (Margin) | 66 | | |
| | OLIN CORP NEW (Margin) | 66 | | |
| | PLAINS ALL AMERICAN PIPELINE LP (Margin) | 33 | | |
| | PRUDENTIAL HIGH YIELD CLASS A | 213.645 | | |
| | PROGRESS ENERGY INC (Margin) | 66 | | |
| | PHILIP MORRIS INTL INC COM (Margin) | 66 | | |
| | AT&T INC COM (Margin) | 149 | | |
| | | | $65,000 | |
| | IRA Retirement Accounts | | $200,000 | |
| | Real Estate (47 Angelus Drive) | | $1,200,000 | |
| | Bank and MM Accts | | $20,000 | |
| Debts | | | | |
| | Mortgage (47 Angelus Drive) | | | $710,000 |
| | Legal Services | | | $25,000 |
| | Medical/Dental | | | $5,000 |
| | Credit Cards | | | $3,000 |
| Current Assets (Bank & MM Accts + Brokerage Assets) | | | $85,000 | |
| Total Net Worth (All Assets - All Liabilities) | | | $742,000 | |
| Current Annual Income | | | $23,196 | |
| 2009 Expenses | | | $173,292 | |
| Statement | | | | |
| 6-Jan-09 | | $2,236.24 | | |
| 4-Feb-09 | | $11,808.90 | | |
| 4-Mar-09 | | $10,593.01 | | |
| 6-Apr-09 | | $26,752.12 | | |
| 5-May-09 | | $6,115.77 | | |
| 3-Jun-09 | | $13,153.81 | | |
| 6-Jul-09 | | $32,962.13 | | |
| 5-Aug-09 | | $12,783.60 | | |
| 4-Sep-09 | | $5,759.31 | | |
| 6-Oct-09 | | $8,423.09 | | |
| 4-Nov-09 | | $17,139.94 | | |
| 4-Dec-09 | | $12,166.90 | | |
| 31-Dec-09 | | $13,397.37 | | |

by: Marshall Caro  *(signed)* Marshall Caro

SWORN AND SUBSCRIBED TO, before me, this ___ day of February, 2010.

*(signed)*
Notary Public, My commission expires: 11/30/2010