## CERTIFICATE OF SERVICE

I, Evan S. Rothfarb, hereby certify that I filed the foregoing Memorandum of Law of Bill Rothfarb in Support of Plaintiff Fidelity Brokerage Services LLC's Motion for Interpleader and Related Relief and in Opposition to Defendant Marshall Caro's and Defendant Indii.com USE, LLC's Motion to Dismiss on the ECF document filing system of the United States District Court for the Southern District of New York, which in turn notified opposing counsel, on this 8th day of November, 2010 as follows:

> Michael G. Shannon, Esq.
> Michael Hoenig, Esq.
> Thompson Hine LLP
> 335 Madison Avenue – 12th Floor
> New York, NY 10017-4611
> *Attorneys for Plaintiff Fidelity Brokerage Services LLC*
>
> Sheldon Eisenberger, Esq.
> The Law Office of Sheldon Eisenberger
> 30 Broad Street, 27th Floor
> New York, NY 10004
> *Attorneys for Defendants Marshall Caro and Indii.com USE, LLC*
>
> Michael P. Kaelin, Esq.
> Cummings & Lockwood LLC
> Six Landmark Square
> Stamford, CT 06901
> *Attorneys for Defendant Walter Raquet*

By: _____
Evan S. Rothfarb (ER-9227)
11 Broadway, Suite 615
New York, NY 10004
(212) 480-1010
evan.rothfarb@rothfarblaw.com