# Exhibit 1

**Sheldon Eisenberger**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Tuesday, November 09, 2010 12:14 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:10-cv-05893-BSJ-RLE Fidelity Brokerage Services LLC v. Caro et al Response to Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Rothfarb, Evan on 11/9/2010 at 0:14 AM EST and filed on 11/9/2010

| | |
|---|---|
| **Case Name:** | Fidelity Brokerage Services LLC v. Caro et al |
| **Case Number:** | 1:10-cv-05893-BSJ-RLE |
| **Filer:** | Bill Rothfarb |
| **Document Number:** | 32 |

**Docket Text:**
**RESPONSE to Motion re: [24] MOTION to Dismiss *Complaint*.. Document filed by Bill Rothfarb. (Attachments: # (1) Exhibit NYS Judgment, # (2) Exhibit NYS Decision After Trial, # (3) Exhibit Zeisler Letter, # (4) Exhibit 11-25-08 Deposition, # (5) Exhibit 1-16-09 Deposition, # (6) Exhibit 1-30-10 Probate Hearing Transcript, # (7) Exhibit NYS Caro Affirmation in Opposition to OSC, # (8) Exhibit 9-10-10 Letter to Judge Jones, # (9) Exhibit Caro Financial Disclosure)(Rothfarb, Evan)**

**1:10-cv-05893-BSJ-RLE Notice has been electronically mailed to:**

Evan Stone Rothfarb     evan.rothfarb@rothfarblaw.com

Michael Davis Hoenig     michael.hoenig@thompsonhine.com

Michael George Shannon     michael.shannon@thompsonhine.com

Michael Peter Kaelin     mkaelin@cl-law.com, dsantos@cl-law.com

Sheldon Eisenberger     sheldon@eisenbergerlaw.com, jacobz@eisenbergerlaw.com,

11/15/2010

lchabus@eisenbergerlaw.com

**1:10-cv-05893-BSJ -RLE Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/9/2010] [FileNumber=7898501-0
] [379f5feebdb2a924df815c850406ac90a986c3713e083102b46b49b290fe486e0e1
0a7dee4670d296667dae212d8617722ceef07ab72e6942540e825db3e0901]]
**Document description:**Exhibit NYS Judgment
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/9/2010] [FileNumber=7898501-1
] [0b16f37e3d87aae14325a3a64d29abf802e7360d2667d0a2addb0b7adf8d7ab42fe
3c335f78766bfef3e2a96a2112a097b747f856323a3779714dd5dd5876322]]
**Document description:**Exhibit NYS Decision After Trial
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/9/2010] [FileNumber=7898501-2
] [788f13e665db37f2f8a723c4e1fc1e75e893665c41111361b5c6381cfce06c297f51
348331b7d36f2a2564952f5d86c6ab4630bb353def3a7d32973d3f2a5ea32]]
**Document description:**Exhibit Zeisler Letter
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/9/2010] [FileNumber=7898501-3
] [3275657004a578e633524b7d50466328c1d9845d366faaf2898af44a3047fda6b8f
5054deacfc5db6ebbaf86c011d15466a0e87e6409a74d740705aceb4d3eae]]
**Document description:**Exhibit 11-25-08 Deposition
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/9/2010] [FileNumber=7898501-4
] [677b16e24917fb514dc2c7d1e6a725a699b2049c8150a746ab5c3edfdc6daac68d4
3f153f0ecbb48532f02d1385980c6ffd3b945520dce7ec025a4e42cf02f19]]
**Document description:**Exhibit 1-16-09 Deposition
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/9/2010] [FileNumber=7898501-5
] [11c7c40afccba36693562833bfd4eab7c753cd6570b3a67d9c472d303ab119ecdfc
f31142aeb273cb84d7a1049ad62dae43d94f97e2008a6aeb6ca852cde6493]]
**Document description:**Exhibit 1-30-10 Probate Hearing Transcript
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/9/2010] [FileNumber=7898501-6
] [a7820e3bf86e0ae09ac17ee3e4f1abd5de319d69b6b9e330ebe01a6067001097bc8
1d376ed6f0f8453cfb42e9bb1fe50e69d0d344c7705a88e374dbd15396d09]]
**Document description:**Exhibit NYS Caro Affirmation in Opposition to OSC
**Original filename:**n/a
**Electronic document Stamp:**

11/15/2010

[STAMP dcecfStamp_ID=1008691343 [Date=11/9/2010] [FileNumber=7898501-7
] [37e332ccef55ba8d6f00764bfa849842055c1fd2fae425be5cafdfe84bdf490cdcb
bd8b213247a764371897469870fe8f67deace1ef2cc0730be473b655073e9]]
**Document description:**Exhibit 9-10-10 Letter to Judge Jones
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/9/2010] [FileNumber=7898501-8
] [894fe31080c3c8d4193a7e6019be7a9fe10b5f00694eb872645be395d910674db88
a5630aad77a030d732f6f0986f4ca876a27f59dc8b30d3cc2b9c88612b660]]
**Document description:**Exhibit Caro Financial Disclosure
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/9/2010] [FileNumber=7898501-9
] [5ee1158e8ac34475de550a0032134f05ae771619ef3d2d9e7354a5e424c1de7de92
2ddc157ce2690b5a3e325d35956f120c0a3483b6ab66b2f119f495c70de24]]

**Sheldon Eisenberger**

---

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Tuesday, November 09, 2010 12:26 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:10-cv-05893-BSJ -RLE Fidelity Brokerage Services LLC v. Caro et al Response to Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Rothfarb, Evan on 11/9/2010 at 0:26 AM EST and filed on 11/9/2010

**Case Name:**      Fidelity Brokerage Services LLC v. Caro et al
**Case Number:**   1:10-cv-05893-BSJ -RLE
**Filer:**          Bill Rothfarb
**Document Number:** 33

**Docket Text:**
**RESPONSE to Motion re: [24] MOTION to Dismiss** *Complaint. Certificate of Service.* **Document filed by Bill Rothfarb. (Rothfarb, Evan)**

**1:10-cv-05893-BSJ -RLE Notice has been electronically mailed to:**

Evan Stone Rothfarb    evan.rothfarb@rothfarblaw.com

Michael Davis Hoenig    michael.hoenig@thompsonhine.com

Michael George Shannon    michael.shannon@thompsonhine.com

Michael Peter Kaelin    mkaelin@cl-law.com, dsantos@cl-law.com

Sheldon Eisenberger    sheldon@eisenbergerlaw.com, jacobz@eisenbergerlaw.com, lchabus@eisenbergerlaw.com

**1:10-cv-05893-BSJ -RLE Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/9/2010] [FileNumber=7898504-0
] [2b92c0520b2e2f98211cabf3fa9e5b0f5fd6a10d5841831470ddaeb487eac0a39f8
a6007ec9601218277174dbc4c9ab92577a729e63bc96d5f70aca3097dda7d]]

11/15/2010